UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

IN RE:

Richard Louis Krampe,

Debtor.

Case No: 6:04-bk-05940-KSJ
Chapter 13

FILED
OCT 16 2009
CLERK U.S. BANKRUPTCY,
ORLANDO DIVISION

ORDER DIRECTING RELEASE OF UNCLAIMED FUNDS

This case came before the Court upon the motion filed by K&S Electric, Inc., a party in the above referenced case, for release of funds being held in the Court's registry account of unclaimed funds. Upon consideration, the Court finds that the party has furnished all necessary documentation and otherwise has complied with the requirements for release of the unclaimed funds.

IT IS ORDERED that the motion is granted and that the Clerk of the Court shall pay the unclaimed funds in the amount of $1,254.84 to K&S Electric, Inc., P.O. Box 4037, Winter Park, FL 32793.

DATED: 10/16/09

Karen S. Jennemann,
United States Bankruptcy Judge

Copy furnished to Financial Administrator
United States Attorney
K & S Electric, Inc.
P.O. Box 4037 Winter Park FL 32793